IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BLANCHE LEE OWENS and CHARLES OWENS, h/w, <br><br> Plaintiffs, <br><br> vs. <br><br> WYETH, LLC (f/k/a Wyeth) and its divisions WYETH PHARMACEUTICALS, INC., and ESI LEDERLE, <br><br> Defendants. | CASE NO.: 4:10-cv-00716-HEA |

## PROPOSED ORDER

Upon due consideration, it is hereby **ORDERED** that Defendant Wyeth LLC's Consent Motion for Extension of Time to Answer is **GRANTED**. The time for Defendants to answer or otherwise respond to the complaint is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished pursuant to 28 U.S.C. § 1407.

_____
United States District Court Judge

6-30-10

4061048 v1